UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON- DISCLOSURE ORDERS

CASE NO.1:20-MJ-631

MAGISTRATE JUDGE LITKOVITZ

**AMENDED ORDER UNSEALING CASE**

This matter is before the Court on the motion of the United States to permanently seal certain documents and unseal the case. (Doc. 7). For the reasons stated by the United States and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED**:

1. The original September 22, 2020 Application and supporting Affidavit (Doc. 4), for which redactions have been made, shall be permanently sealed.

2. All other documents, including the August 21, 2020 Application And Affidavit (Doc. 1), the August 21, 2020 Search Warrant (Doc. 2), and the September 22, 2020 Search Warrant (Doc. 5), shall be unsealed.

3. The case shall be unsealed.

**IT IS SO ORDERED.**

DATE: 12/9/2023

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE